UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BERUZ JALILI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FAR EAST NATIONAL BANK, a Federally Chartered Bank; SINOPA HOLDINGS, a Foreign Corporation; LIBERTY ASSET MANAGEMENT CORPORATION, a California Corporation; TLH-REO MANAGEMENT, LLC, a California Limited Liability Company; GFC SERVICE CORPORATION, a dissolved California Corporation; and H & Q ASIA PACIFIC II, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendants. | Case No: C 12-5962 SBA<br><br>**AMENDED ORDER STRIKING PLAINTIFF'S OPPOSITION BRIEFS**<br><br>This Order supercedes Dkt. 27<br><br>Dkt. 18, 19 |

　　　Defendants Far East National Bank and Sinopac Holding's motion to dismiss and motion to strike are noticed for hearing on February 5, 2013. Dkt. 11, 12. On January 16, 2013, Plaintiff filed a twenty-one page opposition to the motion to dismiss. Dkt. 18. In addition, Plaintiff's oppositions to Defendants' motions were e-filed with the "track-changes" feature left intact, thereby rendering the briefs difficult to read.

　　　The Court's Standing Orders expressly limit motions and oppositions to fifteen pages. See Order Setting Initial Case Management Conference and Deadlines, Dkt. 2-1 at 4. The Standing Orders further state that any brief filed "in an improper manner or form shall not be received or considered by the Court." Id.; see Swanson v. U.S. Forest Serv., 87 F.3d 339, 345 (9th Cir. 1996) (courts have discretion to strike oversized briefs). Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Memorandum in Opposition to Motion to Dismiss (Dkt. 18) and Plaintiff's Memorandum in Opposition to Strike (Dkt. 19) shall be STRICKEN from the record. Plaintiff is granted leave to file conforming oppositions by no later than February 5, 2013. The motion hearing scheduled for February 5, 2013 is CONTINUED to **April 2, 2013 at 1:00 p.m.**, to coincide with the hearing scheduled on the other Defendants' motion to dismiss (Dkt. 20). Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motions without oral argument. The parties are advised the check the Court's website to determine whether an appearance is required.

2. The telephonic Case Management Conference currently scheduled for February 21, 2013 is CONTINUED to **May 10, 2013 at 3:15 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: January 31, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge