UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BERUZ JALILI,<br><br>  Plaintiff,<br><br>  vs.<br><br>FAR EAST NATIONAL BANK, a Federally Chartered Bank; SINOPAC HOLDINGS, a Foreign Corporation; LIBERTY ASSET MANAGEMENT CORPORATION, a California Corporation; TLH-REO MANAGEMENT, LLC, a California Limited Liability Company; GFC SERVICE CORPORATION, a dissolved California Corporation; and H & Q ASIA PACIFIC II, LLC, a Delaware Limited Liability Company,<br><br>  Defendants. | Case No: C 12-5962 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendants' Motions to Dismiss First Amended Complaint,

IT IS HEREBY ORDERED THAT, pursuant to Federal Rule of Civil Procedure 58, final judgment is entered for Defendants on Plaintiff's federal claims.

IT IS SO ORDERED.

Dated: September 23, 2013

SAUNDRA BROWN ARMSTRONG
United States District Judge